## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chorak, Daniel S | Case Number: 04 B 21797 |
| Chorak, Heidemarie | Judge: Wedoff, Eugene R |
| Printed: 10/9/07 | Filed: 6/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  August 2, 2007
Confirmed: October 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,768.18 | |
| Secured: | | 5,419.77 |
| Unsecured: | | 7,527.02 |
| Priority: | | 0.00 |
| Administrative: | | 1,994.00 |
| Trustee Fee: | | 827.21 |
| Other Funds: | | 0.18 |
| Totals: | 15,768.18 | 15,768.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,994.00 | 1,994.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Mercantile National Bank Of IN | Secured | 5,419.77 | 5,419.77 |
| 4. | Household Financial Corporation | Unsecured | 809.35 | 899.69 |
| 5. | Capital One | Unsecured | 571.89 | 635.69 |
| 6. | B-First | Unsecured | 24.63 | 27.37 |
| 7. | Discover Financial Services | Unsecured | 2,786.61 | 3,097.59 |
| 8. | ECast Settlement Corp | Unsecured | 994.97 | 1,106.01 |
| 9. | ECast Settlement Corp | Unsecured | 1,349.25 | 1,499.16 |
| 10. | Resurgent Capital Services | Unsecured | 235.35 | 261.51 |
| 11. | Schottler & Zukosky | Priority | | No Claim Filed |
| 12. | Heart Care Centers Of Illinois | Unsecured | | No Claim Filed |
| 13. | Mercantile National Bank Of IN | Unsecured | | No Claim Filed |
| 14. | MBNA America | Unsecured | | No Claim Filed |
| | | | $ 14,185.82 | $ 14,940.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 252.47 |
| 4% | 52.56 |
| 3% | 39.42 |
| 5.5% | 216.26 |
| 5% | 64.71 |
| 4.8% | 126.45 |
| 5.4% | 75.34 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Chorak, Daniel S                                    Case Number:  04 B 21797

Chorak, Heidemarie                                    Judge:  Wedoff, Eugene R

Printed:  10/9/07                                        Filed:  6/7/04

_____

$ 827.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_